IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 05-MC-00037-NONE-MJW

IN RE: Compaq Laptop Computer et. al

---

**ORDER FURTHER EXTENDING UNITED STATES' TIME TO
FILE COMPLAINT FOR FORFEITURE**
( Docket No. 3 )

The United States, pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), has shown the Court

that good cause exists to further extend the time from July 25, 2005  to August 25, 2005 in which

the United States is required to file a Complaint for forfeiture against the subject property

THEREFORE, IT IS ORDERED, under 18 U.S.C. § 983(a)(3)(A), that the date by

which the United States is required to file a Complaint for forfeiture against the property is

extended to August 25, 2005

Dated: July 26, 2005

U. S. DISTRICT COURT MAGISTRATE JUDGE
DISTRICT OF COLORADO

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE