IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 05-MC-00037-NONE-MJW

IN RE: Compaq Laptop Computer et. al

## ORDER

Entered by Magistrate Judge Michael J. Watanabe

Based upon the United States' Response to Minute Order (document 8), it is hereby ORDERED that this case is dismissed.

DONE AND SIGNED THIS 20TH DAY OF DECEMBER, 2005.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge